HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID OLINEY TAYLOR,<br><br>Defendant. | Case No. CR03-5047RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Extension of Time to File 28 U.S.C. §2255 Motion [Dkt. #139]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Ninth Circuit Court of Appeals issued an order denying Defendant's petition for rehearing and for rehearing en banc on October 24, 2008. Because he did not file a petition for certiorari, the judgment became final 90 days later, on January 26, 2009. See *Clay v. United States*, 537 U.S. 522, 525 (2003); Fed. R. Civ. P. 6(a). Because the Defendant has one year from the date the judgment became final to file his motion under 28 U.S.C. §2255, his time for filing a motion has not yet run. Therefore, Defendant's Motion for Extension of Time is not ripe for decision. Defendant's Motion for Extension of Time is **DISMISSED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of November, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2