

03-CR-05047-ORD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. CR 03-5047 RBL |
| v. | ORDER |
| DAVID OLINEY TAYLOR, | |
| Defendant. | |

THIS MATTER is before the Court on Defendant's Motion to Sever Appointment of Attorney, William Broberg, and Appoint a New Attorney or Approve Pro Se Status with a Legal Advisor [Dkt #145]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant does not have any matters pending before the Court; therefore, he is not in need of counsel. To the extent he is preparing a motion pursuant to 28 U.S.C. §2255, the defendant is informed that he has no right to appointed counsel in a collateral proceeding. Defendant's Motion [Dkt. #145] is DENIED.

IT IS SO ORDERED.

Dated this 15th day of January, 2010.

RONALD B. LEIGHTON
United States District Court Judge

ORDER [CR03-5047 RBL]
Page 1